IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

Curtis Hunter,

    Plaintiff,

V.

PROGRESSIVE MOUNTAIN INSURANCE CO, TAYLOR HOUSE AND ANTWAN KILGORE,

    Defendants.

PLAINTIFF COMPLAINT AND DEMAND FOR JURY TRIAL.

4:26-CV-93

FILED JAN 28 '26 AM 9:34
MDGA-COL

## COMPLAINT

Now comes Plaintiff, Curtis Hunter Pro Se, and hereby submits and alleges the following against Defendants Progressive Mountain Insurance Co, Taylor House and Antwan Kilgore

### NATURE OF ACTION

1. This Action Arises out of the facts and circumstances surrounding Plaintiff Insurance claim.

2. The action is brought by Plaintiff Pursuant to 28 U.S.C. § 1332

### PARTIES

3. Plaintiff Curtis Hunter is a Natural Person residing in Columbus, Georgia P.O. Box 8382 31908.

4. Defendant Progressive Mountain Insurance Co is a Subsidiary of Progressive Corporation, Corporate address 300 N. Commons Boulevard Mayfield Village Ohio.

5. Defendant Taylor House, Claims Department P.O. Box 94670 Cleveland Ohio 44101-99A.

6. Defendant Antwan Kilgore, (Supervisor to House) P.O. Box 94670 Cleveland Ohio 44101-9919.

## JURISDITION AND VENUE

7. Defendants conducts business in Georgia and therefore Jurisdition is established.

8. This Court has Jurisdition over the matter Pursuant to 28 U.S.C. § 1332

9. Venue is proper in the United States District Court MIDDLE District of Georgia Pursuant to 28 U.S.C. § 1391 (b)(3) because defendants are Subject to Personal Jurisdition with this Court's Judicial district.

## FACTUAL ALLEGATION

10. On around Feburary 2024 Defendant Progressive Mountain Insurance Co entered into a Contractual agreement of insurance with the Plaintiff, whereby Plaintiff agreed to make the Payments to the Defendant in exchange for Defendants Promiss to indemnify the Plaintiff for Losses but not Limited to Comprehensive damage loss to Plaintiff Property.

2

11. The insured Property includes Plaintiff Motorhome. Located at 5447 Forrest Rd Columbus Georgia 31907. Property that Plaintiff lives in with FullTimers Coverage.

12. The Policy is in Full Effect Providing Comprehensive coverage.

13. The Plaintiff Faithfully Paid Policy Premiums to the Defendant Specifically Comprehensive Coverage to Pay For Sudden, Direct, accidental loss occured due to non collision.

14. Under the Policy insurance is extended to comprehensive coverage P.15 We will Pay For Sudden, Direct, and accidental loss to a: 1. COVERED VEHICLE A. Loss NOT caused by Collision includes: 8. Windstorm, hail, water, or Flood. Plaintiff motorhome is identified as a Covered vehicle Pursuant to Policy, damages did NOT occur by Collision. the Policy insofar as it Provides that Covered Causes of Loss under Policy means Direct Physical Loss or Direct Physical damage unless the loss specifically excludes in the Policy.

15. Based on information and belief, the Defendants have accepted a Policy Premium with NO intention of Providing any Coverage under Comprehensive coverage.

16. On January 9 2024 a severe storm Passed through Columbus Georgia around 3am. with winds Gusting 30 to 40-50 mph according to WTVM WEATHER Tylen Allender with Possible tornados. Plaintiff was awaken by a loud Nois and motorhome rocking sid to side aggressively. Plaintiff walked outside to

3

To see what was making rattling noise. to find the roof Fiberglass top shaking up and down very very aggressively from the Center of motorhome to driver side From Front of Driver Seat to rear bedroom rain water was Poring in over driver Seat, Dash, over Couch, slide, bathroom and bedroom.

17. Plaintiff motorhome was Parked at 5447 Forrest Road Facing South.

18. On January 9, 2024 Plaintiff Called Progressive and made a claim for the motorhome.

19. On around January 2024 Progressive adjuster Taylor House Came to Columbus, Georgia to 5447 Forrest Rd to assess the damage to motorhome.

## BREACH OF CONTRACT AND BAD FAITH

20. On around January 2024 I spoke with Defendant House via Phone Call Concerning his denial of my claim which is Litigimate under comprehensive Coverage windstorm due to the Gust of wind 40-50 mph. He stated Various reasons to deny claim +feel windstorm, he stated due to Prolong Leaking, wear and Tear, NOT Properly maintained etc. misrepresent the Policy P. 15 under Comprehensive Coverage A. (8) windstorm.

21. Plaintiff totally disagreed with his decision and requested to speak with his Supervisor.

4

22. On around January 2024 a Confrence call with Defendant house supervisor Antwan Kilgore to appeal house denial of claim with no valid reason that call ended at 4:43 pm and lasted for 24 minutes and 43 seconds. During that call Defendant Kilgore was rude and misrepresenting the policy under Comprehensive Coverage, falsly claiming the roof prolong leaking, wear and tear etc was reason the Fiberglass roof was tore from the frame and not the 40-50 mph windstorm.

23. On January 30, 2024 Plaintiff recieved a document form 9541, Claim number 24-2502148 for Policy holder 96729 5980 denying the Claim dated January 26th, 2024 which Part 1 was used to justify denial of Claim, Part 1 deals Primarily with liability to others, and collision, He cited a host of reasons to deny claim and skipped over Comprehensive Coverage that covers damages not caused by Collision is covered under windstorm P.15 A (8) windstorm allowing for Extra damage failing to replace the roof as the submitted estimate suggests. misrepresenting the Policy terms and Coverage with malice and reckless disregard without a Covenant of good faith and fair dealing. Such Covenant obliges the Insurer to act with honesty and fairness.

5

24. Plaintiff Motorhome has Continued Leaking for Months Further Causing damages to the structure, to the Cabnet over driver Seat and dash.

25. Plaintiff has covered the roof Several times, buying tarps, Tape, Paying People to help Secure the tarp to prevent the rain from Leaking Further damaging the structure is very emotional.

26. Plaintiff have Suffered emotional distress worrying whether his home will continue to leak causing extra damages, and the wind blowns off the tarp.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff request the Court to grant Judgement against Defendant's for the following:

27. A. Award Compensatory damages in the following Amounts:
   1. $250,000 Jointly and Severely agnist defendants Progressive Mountain insurance Co, House and Kilgore For breach of Contract misrepresenting the Policy in bad faith, Failure to uphold Policy terms allowing extra damages, unfair handling of the claim without Fairness and honesty and Covenant of good Faith and emotional distress for the Cuntless tarps placed on Roof and a Constant fear of rain leaking Further damaging structure

28. 2. $25,000 each agnist defudants House and Kilgore for denial of a ligitimate claim in bad faith without a Valid reason.

6

29. misrepresenting the Policy with intent to exclude Comprehensive Coverage under Insuring Agreement-Collision Coverage Part IV A. (8) windstorm to deprive Plaintiff of a valid claim with malice and reckless disregard.

30. Award Punitive damages in the following Amounts:
    1. $250,000 agnist defendants Progressive mountain insurance Co.
    2. $50,000 each agnist defadants House and Kilgore.
    3. For such other relief as the Court may deem Proper.
    4. That this Court enter and award such other and Further relief to Plaintiff as it deems Just and appropiate.

## JURY TRIAL DEMAND

5. Plaintiff demand a Jury trial on all issues so triable.

Respectfully Submitted

Curtis Art tu Prese

Dated January 28, 2025

PO Box 8382
Columbus, GA 31908
706 587 4395

7

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

Curtis Hunter,    *
    Plaintiff,    *
                  *
v.                *
                  *
Progressive Mountain Insurance Co,    *
Taylor House, and Antwan Kilgore.     *
                  *
    Defendants.   *

## CERTIFICATE OF SERVICE

I hereby Certify that on January 2026, I have Served a copy of the Foregoing Complaint upon all Counsels by First-Class mail U.S. Postage Prepaid Properly addressed to:

Progressive Mountain Insurance Co
300 N. Commons Boulevard
Mayfield Village OH. 44143

Taylor House ℅ Claims Dept.
P.O Box 94670
Cleveland OH 44101-9919

Antwan Kilgore ℅ Claims Dept.
P.O. Box 94670
Cleveland. OH 44101-9919

Executed on the 28 day of January 2026

Respectfully Submitted
Curtis H. Jr. Pro Se.
P.O. Box 8382
Columbus, Georgia
31908