IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CHRIS HUNTER,                         *

    Plaintiff,                     *

vs.                                   *

                                      CASE NO. 4:26-CV-93 (CDL)

PROGRESSIVE MOUNTAIN INSURANCE   *
COMPANY*, et al.*,

                              *

    Defendants.                    *

                              *

O R D E R

In a Report and Recommendation filed by the United States Magistrate Judge on April 7, 2026, the Magistrate Judge recommended dismissing Plaintiff's claims against Taylor House and Antwan Kilgore.  R. & R. (Apr. 7, 2026), ECF No. 4.  After a de novo review of the record in this case, the Report and Recommendation is hereby approved, adopted, and made the Order of the Court.  The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.  The joint motion to dismiss filed by Taylor House and Antwan Kilgore (ECF No. 9) is terminated as moot.

IT IS SO ORDERED, this 29th day of May, 2026.

s/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA